No. 6632. WILLIAMS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 6637. CHAPMAN v. COLLINS, SHERIFF, ET AL. C. A. 8th Cir. Certiorari denied.

No. 6642. CARRIZOZA-ISLAS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 6643. WILLIAMS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 6647. EATON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 6653. EDMONDSON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 6654. PHILLIPS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 6671. MORALES v. CADY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 6677. WESTFALL v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 6679. PALMER v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 6683. BRAXTON v. PERINI, CORRECTIONAL SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 6691. KITCHENS v. McCULLOCH. C. A. 5th Cir. Certiorari denied.

No. 6693. COLBY v. KROPP, WARDEN. C. A. 6th Cir. Certiorari denied.